**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Boyd, Marisa Marie    xxx-xx-2348 | )   No. 25-10352 C-13G |
| 3102 Collier Dr. | ) |
| Greensboro, NC 27403 | ) |
| Debtor | ) |

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtor filed the Plan on December 7, 2025, and proposes a plan payment of $775.00 per month for seven months increasing to $3880.00 per month in the eighth month of the plan.

2. The Debtor is self-employed as M+M Painting Co. and provides residential and commercial painting and restoration services. The Debtor has not provided the Trustee with evidence of paid business liability insurance, evidence of separate business and personal bank accounts, and evidence that quarterly tax deposits for the second quarter of 2025 has been paid. The Trustee is unable to determine if the Debtor has incurred post-petition tax liability. The Trustee believes that the reporting requirement under Section 9 of the plan is insufficient as all quarterly tax deposits needed to have been filed and paid since the filing of the bankruptcy petition.

3. The plan payment is insufficient to deal with plan debt and needs to increase to $4200.00 per month effective with the February 2026 plan payment. The Trustee believes, based on Schedules I and J, that the Debtor cannot afford any increase in the plan payment needed to deal with plan debt.

4. The Trustee objects to confirmation of this plan due to the failure to provide insurance, banking and tax documentation for the Debtor's business; plan payment; and feasibility.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
Telephone: (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| In Re: | | ) | | |
| | | ) | | |
| Boyd, Marisa Marie | xxx-xx-2348 | ) | | |
| 3102 Collier Dr. | | ) | No. 25-10352 C-13G | |
| Greensboro, NC 27403 | | ) | | |
| | | ) | | |
| | Debtor | ) | | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

MARISA MARIE BOYD
3102 COLLIER DR.
GREENSBORO, NC 27403

TOMMY S BLALOCK III ESQ
620 GREEN VALLEY RD STE 209
GREENSBORO NC 27408

Date:  January 12, 2026                               s/Jennifer R. Harris
                                                      Jennifer R. Harris, N.C. State Bar No.: 26857
                                                      Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                      P.O. Box 1720
                                                      Greensboro, NC  27402-1720
                                                      Telephone: (336) 378-9164